■ In the Matter of the Adoption of JARRETT. JILL H., Appellant; KAREN DOE et al., Respondents. (Appeal No. 2.) [638 NYS2d 385] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Jarrett (224 AD2d 1029 [decided herewith]). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Adoption.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ. [See, 168 Misc 2d 627.]